[No. 13594-2-III.   Division Three.   August 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA
D. ROCHE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 93-8-00004-0, John M. Lyden, J.,
entered October 8, 1993. *Reversed* by unpublished opinion
per Schultheis, J., concurred in by Thompson, C.J., and
Munson, J.


[No. 13968-9-III.   Division Three.   August 8, 1995.]

DANIEL P. HURLBUT, *Appellant*, v. JOHN L. ACKLEY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Lincoln County, No. 93-2-00037-6, Philip W. Borst, J.,
entered March 15, 1994. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, A.C.J., and
Munson, J.


[No. 14052-1-III.   Division Three.   August 10, 1995.]

WILLIAM BURNET, ET AL., *Individually and as
Guardian of* TRISTEN L. BURNET, *Appellants*, v.
SPOKANE AMBULANCE, ET AL., *Defendants*, SACRED
HEART MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 86-2-02019-0, Michael E. Donohue,
J., entered April 9, 1993. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Thompson, C.J., and
Sweeney, J.